**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**J&J SPORTS PRODUCTIONS, INC.,**

    Plaintiff,

v.

**ELIZABETH SONIA GARCIA; JOSE
DE JESUS ANGULO GUZMAN; and
EL AGAVE GRILL RESAURANT,
LLC, an Oregon limited liability company,**

    Defendants.

No. 6-17-cv-00673-JR

**OPINION AND ORDER**

---

**ELIZABETH SONIA GARCIA; JOSE
DE JESUS ANGULO GUZMAN; and
EL AGAVE GRILL RESAURANT,
LLC, an Oregon limited liability company,**

    Third-Party Plaintiffs,

v.

**DISH NETWORK LLC,**

    Third-Party Defendant.

---

**MCSHANE, Judge:**

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R"), ECF No. 37, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although the parties filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and

conclude that the report is correct. Magistrate Judge Russo's F&R is adopted in full. As noted in the F&R, any motion to amend Plaintiffs' Third-Party Complaint must be filed within 14 days.

IT IS SO ORDERED.

DATED this 10th day of January, 2018.

/s/ Michael McShane_____
Michael J. McShane
United States District Judge