# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

ELIZABETH SONIA GARCIA; JOSE
DE JESUS ANGULO GUZMAN; and
EL AGAVE GRILL RESAURANT,
LLC, an Oregon limited liability company,

    Defendants.

No. 6-17-cv-00673-JR

OPINION AND ORDER

**MCSHANE, Judge:**

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R"), ECF No. 53, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although the parties filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the report is correct. Magistrate Judge Russo's F&R is adopted in full. Defendants' Motion for Summary Judgment is DENIED.

    IT IS SO ORDERED.

    DATED this 21st day of March, 2018.

                             /s/ Michael McShane_____
                             Michael J. McShane
                             United States District Judge